
# United States District Court

**SOUTHERN DISTRICT OF MISSISSIPPI**



**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

**HATTIESBURG OFFICE**
701 North Main Street, Suite 311
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

March 2, 2007



RECEIVED
MAR 0 5 2007
TOM S. LEE
U. S. DISTRICT JUDGE

The Honorable Tom S. Lee
Senior United States District Judge
245 East Capitol Street, Suite 220
Jackson, Mississippi 39201

RE: **GOLDSBY, Robert**
Docket No: 3:00cr3LN-002
**REQUEST FOR SPECIAL CONDITIONS
TO BE HELD IN ABEYANCE**

Dear Judge Lee:

The above named offender was sentenced July 11, 2003, after pleading guilty to Conspiracy and Distribution of Cocaine Base. The Court sentenced the offender to seventy (70) months imprisonment with four (4) years supervised release to follow. Special conditions fo this supervised release term are as follows: a) the defendant shall participate in a mental health aftercare program, to include anger management counseling, at the direction of the U.S. Probation Officer and b) the defendant shall participate in a drug aftercare program at the direction of the U.S. Probation Officer.

The offender began supervision February 12, 2007. While incarcerated with the Bureau of Prisons (BOP), Goldsby successfully completed both the forty (40) hour and five hundred (500) hour substance abuse treatment programs. While in BOP custody, he also completed courses in *Managing Anger*, *Managing Disagreement*, *Attitude*, and *Improving Peer Relationships*. Enclosed are copies of these certificates.

Goldsby obtained stable employment while at Bannum Place of Jackson Community Sanctions Center. He recently secured an apartment and displays a positive attitude. He does not appear to need drug nor anger management treatment at this time. Looking at the totality of the circumstances, it is recommended the Court hold the special conditions in abeyance. This office will collect random urine screens on this offender. Should Goldsby test positive for illegal substances or display inappropriate behavior, the treatment conditions can be reinstated, and the Court notified.

RE:  GOLDSBY, Robert
**Request For Special Conditions**
**To Be Held in Abeyance**
Page 2 of 2

Please mark the appropriate statement below to reflect the Court's decision in this matter. Should the Court agree with this request, please file this letter and Your Honor's response with the Clerk of Court. If there are any questions, please contact this officer at (601) 965-4447, extension 248.

Respectfully submitted,

*Martha S. Gardner*

Martha S. Gardner, Supervising
U.S. Probation Officer

__X__  **The Court orders the special conditions to be held in abeyance.**

_____  **The Court wishes an alternative action be taken as follows:**

_____

_____

So ordered the __5th__ day of __March__, 2007.

Tom S. Lee
**Senior U.S. District Judge**